1  DAVID VEIS (SBN 83135)
   david.veis@clydeco.us
2  LAURA NASH (SBN 136619)
   laura.nash@clydeco.us
3  CLYDE & CO US LLP
   355 S. Grand Avenue
4  Suite 1400
   Los Angeles, CA 90071
5  United States
   Telephone:  +1 213 358 7600
6  Facsimile:   +1 213 358 7650

7  Attorney for Plaintiff/Counter-Defendant
   GRANTIE RE, INC., doing business as
8  GRANITE SURETY INSURANCE COMPANY

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 GRANITE RE, INC., doing business as GRANITE SURETY INSURANCE COMPANY, | Case No. 2:23-cv-01548-ODW-AS |
| 14 Plaintiff, | **NOTICE OF SETTLEMENT** |
| 15 v. | Action Filed:      3/1/23<br>Trial:              10/29/24 |
| 16 CITY OF HERMOSA BEACH, | |
| 17 Defendant. | |
| 18 CITY OF HERMOSA BEACH, | |
| 19 Counter-Claimant, | |
| 20 v. | |
| 21 GRANITE RE, INC., doing business as GRANITE SURETY INSURANCE COMPANY, | |
| 23 Counter-Defendant. | |

25 TO THE COURT, EACH PARTY, AND THE COURT-APPOINTED ADR

26 NEUTRAL INVOLVED IN THIS CASE:

27      PLEASE TAKE NOTICE that the entire case has been settled. The parties are

28 in the final stages of memorializing the settlement, which will condition dismissal of

1  this matter upon funding of the specified settlement amount. Upon the settlement

2  funds clearing the issuing bank, the parties will file a joint stipulation for dismissal

3  of the entire action.

4

5  Dated: July 8. 2024          CLYDE & CO US LLP

6

7                               By:  /s/ David C. Veis
                                     David C. Veis
8                                    Laura P. Nash

9                                    Attorney for Plaintiff/Counter-Defendant
                                     GRANTIE RE, INC., doing business as
10                                   GRANITE SURETY INSURANCE
                                     COMPANY

11

12

CLYDE & CO US LLP
355 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
United States

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a Notice of Electronic Filing to all counsel of records.

/s/ David C. Veis

David C. Veis

CLYDE & CO US LLP
355 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
United States

3                                    Case No. 2:23-cv-01548-ODW-AS