JS-6

# United States District Court
# Central District of California

GRANITE RE, INC.,

    Plaintiff,

    v.

CITY OF HERMOSA BEACH,

    Defendants.

Case № 2:23-cv-01548-ODW (ASx)

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 2, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**